**Fill in this information to identify the case:**

Debtor name   **Lake Cecile Resort Inc**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:21-bk-01060-KSJ**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 26, 2021**      X **/s/ Mary T. Nguyen**
                                          Signature of individual signing on behalf of debtor

                                          **Mary T. Nguyen**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lake Cecile Resort Inc**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:21-bk-01060-KSJ**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................    $    **9,606,597.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $    **531,309.88**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $    **10,137,906.88**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **17,143,810.33**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **232,511.99**

4.    Total liabilities ......................................................................................................................
    Lines 2 + 3a + 3b    $    **17,376,322.32**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Lake Cecile Resort Inc**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:21-bk-01060-KSJ**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **9125** | $4,945.20 |
| 3.2. | **SunTrust** | **Checking, in the name of MAI & Associates Inc** | **5623** | $41,866.48 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | | $46,811.68

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Utility deposit with OUC, for property located at 672 N. Semoran Blvd, Orlando, FL 32807** | $6,934.33 |
| 7.2. | **Utility deposits with KUA, for property located at 4840 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746 (3 separate accounts)** | $4,034.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Lake Cecile Resort Inc** | Case number *(If known)* | **6:21-bk-01060-KSJ** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 7.3. | **Utility deposit with KUA, for property located at 4636 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746** | | **$2,020.04** |
| 7.4. | **Utility deposit with Toho, for property located at 4840 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746** | | **$4,143.65** |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                 **$17,132.02**
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **43,866.18** | - | **0.00** | = .... | **$43,866.18** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **555,700.00** | - | **547,200.00** | =.... | **$8,500.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**                                                                **$52,366.18**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                    % of ownership | | |
| 16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1.   **2 insurance claim checks for property located at 4900 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746 (subject to $40,000 commission fees)** | | **$400,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Debtor    **Lake Cecile Resort Inc**                                      Case number *(If known)*  **6:21-bk-01060-KSJ**
                Name

17.    **Total of Part 4.**                                                                    $400,000.00

        Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
□ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Motel furnishings and fixtures located at 4840**<br>**W. Irlo Bronson Mem Hwy, Kissimmee, FL**<br>**34746** | $0.00 | Mgmt. opinion | $15,000.00 |
| **Motel furnishings and fixtures located at 4880**<br>**W. Irlo Bronson Mem Hwy, Kissimmee, FL**<br>**34746 (not accessible to debtor)** | $0.00 | Mgmt. opinion | $0.00 |
| **Motel furnishings and fixtures located at 4900**<br>**W. Irlo Bronson Mem Hwy, Kissimmee, FL**<br>**34746 (old, ruined or broken; not accessible to**<br>**debtor)** | $0.00 | Mgmt. opinion | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Lake Cecile Resort Inc** | Case number *(If known)* | **6:21-bk-01060-KSJ** |
| --- | --- | --- | --- |
| | Name | | |

**51.   Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$15,000.00

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.       Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available)<br><br>*Based on 2019 tax return | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.   **2-story retail/office building located at 1220-1228 E Colonial Drive, Orlando, FL 32803**<br><br>**Legal description: see attached exhibit**<br>**Parcel ID:**<br>**25-22-29-1536-02-040** | Fee simple | $750,000.00 | Property records | $1,449,197.00 |
| 55.2.   **3-story commercial office building located at 672 N. Semoran Blvd, Orlando, FL 32807**<br><br>**Legal description: see attached exhibit**<br>**Parcel ID:**<br>**28-22-30-0000-00-001** | Fee simple | $1,250,000.00 | Property records | $1,662,400.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Lake Cecile Resort Inc**                                  Case number *(If known)* **6:21-bk-01060-KSJ**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **Retail strip center located at 4636 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**<br><br>**Legal description: see attached exhibit**<br>**Parcel IDs:**<br>**13-25-28-0000-0430-0 000 &**<br>**13-25-28-0000-0540-0 000** | Fee simple | $1,500,000.00 | Property records | $2,205,900.00 |
| 55.4. | **Motel with 99 rooms, located at 4840 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**<br><br>**Legal description: see attached exhibit**<br>**Parcel ID:**<br>**11-25-28-0000-0070-0 000** | Fee simple | $500,000.00 | Property records | $1,045,600.00 |
| 55.5. | **Motel with 128 rooms, located at 4880 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**<br><br>**Legal description: see attached exhibit**<br>**Parcel ID:**<br>**11-25-28-0000-0080-0 000** | Fee simple | $1,200,000.00 | Property records | $1,655,700.00 |
| 55.6. | **Motel with 120 rooms, located at 4900 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**<br><br>**Legal description: see attached exhibit**<br>**Parcel ID:**<br>**11-25-28-0000-0090-0 000** | Fee simple | $2,100,000.00 | Property records | $1,587,800.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$9,606,597.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

Debtor **Lake Cecile Resort Inc**
Name

Case number *(If known)* **6:21-bk-01060-KSJ**

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Insurance with Surety One, Inc for all properties for commercial general liability, automobile liability & commercial property** | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Interessant Hospitality, LLC - Case No. 2017-CA-004387O, Orange County, FL** | **Unknown** |

| Nature of claim | **Counterclaim for breach of agreement** |
| --- | --- |
| Amount requested | **Unknown** |

|  |  |
| --- | --- |
| **Camron Louis Burrill, et al. - Case No. 2020 CC 000884 EV, Osceola County, FL** | **Unknown** |

| Nature of claim | **Eviction** |
| --- | --- |
| Amount requested | **Unknown** |

|  |  |
| --- | --- |
| **Airiana Rosado, et al. - Case No. 2019 CC 003310 EV, Osceola County, FL** | **Unknown** |

| Nature of claim | **Eviction** |
| --- | --- |
| Amount requested | **Unknown** |

|  |  |
| --- | --- |
| **Bradley Knirnschild, et al. - Case No. 2019 CC 002065 EV, Osceola County, FL** | **Unknown** |

| Nature of claim | **Eviction** |
| --- | --- |
| Amount requested | **Unknown** |

| Debtor | **Lake Cecile Resort Inc** | Case number *(If known)* | **6:21-bk-01060-KSJ** |
|---|---|---|---|
| | Name | | |

**Kathryn Duart - Case No. 2019 CC 002486 EV, Osceola County, FL** — Unknown

| Nature of claim | Eviction |
|---|---|
| Amount requested | Unknown |

**Russell Jewell, et al. - Case No. 2021 CC 000862 EV, Osceola County, FL** — Unknown

| Nature of claim | Eviction |
|---|---|
| Amount requested | Unknown |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Claim against Marlene Caballero (A Genius Investment 66 LLC) dba The Chateau Lounge** — Unknown

| Nature of claim | Eviction |
|---|---|
| Amount requested | Unknown |

**Possible claim against Innovated Property Management** — Unknown

| Nature of claim | |
|---|---|
| Amount requested | Unknown |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** — $0.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor **Lake Cecile Resort Inc**          Case number *(If known)* **6:21-bk-01060-KSJ**
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $46,811.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,132.02 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $52,366.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $400,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $9,606,597.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $531,309.88 | + 91b. $9,606,597.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,137,906.88 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re: Lake Cecile Resort Inc
Case No. 6:21-bk-01060-KSJ
Ch. 11

## Legal Descriptions

1.   **1220-1228 E. Colonial Drive, Orlando, FL 32803**
     (Parcel ID: 25-22-29-1536-02-040)

LOTS 4 AND 5 (LESS THE NORTH 10 FEET THEREOF FOR STREET PURPOSES) AND LOT 16 OF BLOCK B, AND THE NORTH 98 FEET OF A STRIP OF LAND DESCRIBED AS FOLLOWS: BEGIN AT THE N.E. CORNER OF LOT 6, BLOCK B, RUN THENCE SOUTH ALONG THE EASTERLY BOUNDARY LINE OF SAID LOT 6, A DISTANCE OF 137.10 FEET TO THE S.E. CORNER OF SAID LOT 6, THENCE WEST 1.73 FEET ALONG THE SOUTHERLY BOUNDARY LINE OF SAID LOT 6, THENCE NORTHERLY TO A POINT ON THE NORTHERLY BOUNDARY LINE OF SAID LOT 6, LYING 0.26 FEET WEST OF THE NORTHEAST CORNER OF SAID LOT 6; THENCE EAST 0.26 FEET TO THE POINT OF BEGINNING, LESS: THE NORTH 10.00 FEET FOR STREET PURPOSES. ALL OF THE ABOVE DESCRIPTION LYING IN BLOCK B OF COLONIAL PARK, AS RECORDED IN PLAT BOOK E, PAGE 25, PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

2.   **672 N. Semoran Blvd., Orlando, FL 32807**
     (Parcel ID: 28-22-30-0000-00-001)

The North 140 feet of the East 1/2 of the Northeast 1/4 of the Northeast 1/4 of Section 28, Township 22 South, Range 30 East, and the South 25 feet of the Southeast 1/4 of the Southeast 1/4 of Section 21, Township 22 South, Range 30 East, Orange County, Florida, less all that portion thereof lying within the right-of-way of State Road 436 (Semoran Boulevard), all of said lands lying and being situated in Orange County, Florida.

3.   **4900 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746**
     (Parcel ID: 11-25-28-0000-0090-0000)

THE WEST 200.00 FEET OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 11, TOWNSHIP 25 SOUTH RANGE 28 EAST, LESS THE RIGHT OF WAY FOR STATE ROAD NO. 530, OSCEOLA COUNTY, FLORIDA.

4.   **4880 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746**
     (Parcel ID: 11-25-28-0000-0080-0000)

FROM THE NORTHWEST CORNER OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 11, TOWNSHIP 25 SOUTH, RANGE 28 EAST, OSCEOLA COUNTY, FLORIDA, RUN NORTH 89° 43' 13" EAST ALONG THE NORTH LINE OF SAID SECTION 200.00 FEET TO THE POINT OF BEGINNING, RUN THENCE SOUTH 00°44'47" EAST, PARALLEL TO THE WEST LINE OF SAID NORTHEAST 1/4 OF THE NORTHEAST 1/4, 1319.44 FEET TO THE SOUTH LINE OF SAID NORTHEAST 1/4 OF NORTHEAST 1/4; RUN THENCE NORTH 89°51'23" EAST ALONG SAID SOUTH LINE, 304.0 FEET; RUN THENCE NORTH 00°44'47" WEST 587.1 FEET; RUN THENCE NORTH 00°16'47" WEST 733.05 FEET TO THE NORTH LINE OF SAID NORTHEAST 1/4 OF NORTHEAST 1/4; RUN THENCE SOUTH 89°43'13" WEST 310.0 FEET TO THE POINT OF BEGINNING, LESS STATE HIGHWAY NO. 530 RIGHT-OF-WAY, IN OSCEOLA COUNTY, FLORIDA.

In re: Lake Cecile Resort Inc
Case No. 6:21-bk-01060-KSJ
Ch. 11

5.  **4840 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746**
    (Parcel ID: 11-25-28-0000-0070-0000)

THE EAST 150.0 FEET OF THE WEST 20 ACRES OF THE NORTHEAST 1/4 OF THE
NORTHEAST 1/4 OF SECTION 11, TOWNSHIP 25 SOUTH, RANGE 28 EAST, OSCEOLA
COUNTY, FLORIDA. ALSO: FROM THE NORTHWEST CORNER OF THE NORTHEAST
1/4 OF THE NORTHEAST 1/4 OF SECTION 11, TOWNSHIP 25 SOUTH, RANGE 28 EAST,
OSCEOLA COUNTY, FLORIDA, RUN EAST ALONG THE NORTH LINE OF SAID
NORTHEAST 1/4, A DISTANCE OF 510.0 FEET TO THE POINT OF BEGINNING;
THENCE RUN SOUTH 00° 28' WEST, A DISTANCE OF 733.05 FEET; THENCE RUN
SOUTH, PARALLEL TO THE WEST LINE OF SAID NORTHEAST 1/4 OF THE
NORTHEAST 1/4 A DISTANCE OF 586.95 FEET, MORE OR LESS, TO THE SOUTH LINE
OF SAID NORTHEAST 1/4 OF THE NORTHEAST 1/4; THENCE RUN EAST ALONG SAID
SOUTH LINE A DISTANCE OF 6.0 FEET; THENCE RUN NORTH, A DISTANCE OF
1320.00 FEET TO THE POINT OF BEGINNING; LESS AND EXCEPT STATE ROAD NO.
530, A/K/A US 192 RIGHT OF WAY. ALSO: FROM THE NORTHWEST CORNER OF THE
NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 11, TOWNSHIP 25 SOUTH,
RANGE 28 EAST, OSCEOLA COUNTY, FLORIDA, RUN SOUTH 89° 35' 18" EAST,
ALONG THE NORTH LINE OF SAID NORTHEAST 1/4 OF THE NORTHEAST 1/4, A
DISTANCE OF 660.0 FEET TO THE POINT OF BEGINNING; CONTINUE SOUTH 89° 35'
18" EAST, A DISTANCE OF 6.69 FEET, THENCE RUN SOUTH 00° 11' 32" WEST,
PARALLEL TO THE WEST LINE OF SAID NORTHEAST 1/4 OF THE NORTHEAST 1/4, A
DISTANCE OF 1318.95 FEET; THENCE RUN WEST, A DISTANCE OF 4.47 FEET;
THENCE RUN NORTHERLY A DISTANCE OF 1318.98 FEET ALONG THE EAST LINE
OF THE EAST 150.0 FEET OF THE WEST 20 ACRES OF SAID NORTHEAST 1/4 OF THE
NORTHEAST 1/4 TO THE POINT OF BEGINNING. LESS AND EXCEPT STATE ROAD
NO. 530 RIGHT OF WAY. ALSO BEING DESCRIBED AS FOLLOWS: COMMENCE AT
THE NORTHEAST CORNER OF SECTION 11, TOWNSHIP 25 SOUTH, RANGE 28 EAST,
OSCEOLA COUNTY, FLORIDA; THENCE RUN NORTH 89° 35' 18" WEST, 666.69 FEET
ALONG THE NORTH LINE OF SAID SECTION 11 TO THE NORTHEAST CORNER OF
THE WEST 1/2 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION
11; THENCE RUN SOUTH 00°11'32" WEST, 190.51 FEET TO A 4X4 CONCRETE
MONUMENT ON THE SOUTH RIGHT OF WAY LINE OF STATE ROAD 530 (US 192) AS
POINT OF BEGINNING; THENCE RUN SOUTH 00° 11' 32" WEST, 1128.34 FEET TO THE
SOUTH LINE OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 11;
THENCE RUN WEST 160.47 FEET ALONG SAID SOUTH LINE; RUN NORTH 00' 11'32"
EAST, 586.95 FEET TO A 4X4 CONCRETE MONUMENT; THENCE RUN NORTH 00° 28'
00" EAST, 577.00 FEET TO A CONCRETE MONUMENT ON THE SOUTH RIGHT OF
WAY LINE OF SAID STATE ROAD 530; THENCE RUN SOUTH AND EAST ALONG THE
SAID SOUTH RIGHT OF WAY LINE, 162.75 FEET TO THE POINT OF BEGINNING.

In re: Lake Cecile Resort Inc
Case No. 6:21-bk-01060-KSJ
Ch. 11

**6.**    **4636 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746**
(Parcel IDs: 13-25-28-0000-0430-0000 & 13-25-28-0000-0540-0000)

FROM THE NORTHWEST CORNER OF THE NORTHEAST QUARTER OF THE NORTHWEST
QUARTER OF SECTION 13, TOWNSHIP 25 SOUTH, RANGE 28 EAST, OSCEOLA COUNTY,
FLORIDA; RUN NORTH 89 DEGREES 18 MINUTES 50 SECONDS EAST ALONG THE NORTH
LINE OF SAID NORTHEAST QUARTER OF NORTHWEST QUARTER, 97.92 FEET, TO THE
WEST RIGHT-OF-WAY LINE OF STATE ROAD NO. 530; RUN THENCE SOUTHEASTERLY
ALONG A 2996.93 FEET RADIUS CURVE TO THE LEFT, 103.37 FEET TO THE POINT OF
TANGENT OF SAID CURVE; RUN THENCE SOUTH 25 DEGREES 57 MINUTES 30 SECONDS
EAST, ALONG THE WESTERLY RIGHT OF WAY LINE OF STATE ROAD NO. 530, 1848.63 FEET
TO THE POINT OF BEGINNING; RUN THENCE SOUTH 64 DEGREES 02 MINUTES 30 SECONDS
WEST, 400.0 FEET; RUN THENCE NORTH 25 DEGREES 57 MINUTES 30 SECONDS WEST 150.0
FEET; RUN THENCE NORTH 64 DEGREES 02 MINUTES 30 SECONDS EAST, 400.0 FEET; RUN
THENCE SOUTH 25 DEGREES 57 MINUTES 30 SECONDS EAST, 150.0 FEET, TO THE POINT OF
BEGINNING.


AND


FROM THE NORTHWEST CORNER OF THE NORTHEAST QUARTER OF THE NORTHWEST
QUARTER OF SECTION 13, TOWNSHIP 25 SOUTH, RANGE 28 EAST, OSCEOLA COUNTY,
FLORIDA; RUN NORTH 89 DEGREES 18 MINUTES 50 SECONDS EAST ALONG THE NORTH
LINE OF SAID NORTHEAST QUARTER OF THE NORTHWEST QUARTER A DISTANCE OF
97.92 FEET TO THE WEST RIGHT OF WAY LINE OF STATE ROAD NO. 530; THENCE RUN
SOUTHEASTERLY ALONG A 2996.93 FOOT RADIUS CURVE TO THE LEFT, 103.37 FEET TO
THE POINT OF TANGENT OF SAID CURVE; THENCE RUN SOUTH 25 DEGREES 57 MINUTES
30 SECONDS EAST ALONG THE WESTERLY RIGHT OF WAY LINE OF STATE ROAD NO. 530
A DISTANCE OF 1548.63 FEET TO THE POINT OF BEGINNING, CONTINUE SOUTH 25
DEGREES 57 MINUTES 30 SECONDS EAST A DISTANCE OF 150.00 FEET; THENCE RUN
SOUTH 64 DEGREES 02 MINUTES 30 SECONDS WEST A DISTANCE OF 400.00 FEET; THENCE
RUN NORTH 25 DEGREES 57 MINUTES 30 SECONDS WEST A DISTANCE OF 150.00 FEET;
THENCE RUN NORTH 64 DEGREES 02 MINUTES 30 SECONDS EAST A DISTANCE OF 400.00
FEET TO THE POINT OF BEGINNING.

**Fill in this information to identify the case:**

Debtor name **Lake Cecile Resort Inc**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:21-bk-01060-KSJ**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1** | **Best Meridian Insurance Co** | | $3,604,839.67 | $1,587,800.00

Creditor's Name

**Attn: Managing or Gen. Agent**
**8950 SW 74 Court, 24th Floor**
**Miami, FL 33156**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Motel with 120 rooms, located at 4900 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**

**Legal description: see attached exhibit Parcel ID: 11-25-28-0000-0090-0000**

Describe the lien
**Mortgage & UCC**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**7/2/18**

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Osceola County Tax Collector**
**2. Best Meridian Insurance Co**
**3. Florida Dept. of Revenue**
**4. Osceola County, Florida**
**5. Premier Elevator Company Inc**

**2.2** | **Best Meridian Insurance Co** | | $3,706,335.26 | $2,205,900.00

Creditor's Name

**Attn: Managing or Gen. Agent**
**8950 SW 74 Court, 24th Floor**
**Miami, FL 33156**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Retail strip center located at 4636 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**

**Legal description: see attached exhibit Parcel IDs: 13-25-28-0000-0430-0000 & 13-25-28-0000-0540-0000**

Describe the lien

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **Lake Cecile Resort Inc**
_____    Case number (if known)    **6:21-bk-01060-KSJ**
Name

| | |
|---|---|
| | **Mortgage & UCC** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **1/12/17** | ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

1. Osceola County Tax Collector
2. Osceola County Tax Collector
3. Best Meridian Insurance Co
4. Osceola County, Florida
5. Florida Dept. of Revenue

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | **Best Meridian Insurance Co** | **Describe debtor's property that is subject to a lien** | $2,698,596.23 | $1,045,600.00 |
|---|---|---|---|---|
| | Creditor's Name | **Motel with 99 rooms, located at 4840 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746** | | |

**Attn: Managing or Gen. Agent**
**8950 SW 74 Court, 24th Floor**
**Miami, FL 33156**

**Legal description: see attached exhibit**
**Parcel ID: 11-25-28-0000-0070-0000**

Creditor's mailing address

**Describe the lien**
**Mortgage & UCC**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**5/24/19**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

1. Osceola County Tax Collector
2. Osceola County, Florida
3. Best Meridian Insurance Co
4. Florida Dept. of Revenue

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **Best Meridian Insurance Co** | **Describe debtor's property that is subject to a lien** | $3,212,629.60 | $3,111,597.00 |
|---|---|---|---|---|
| | Creditor's Name | **2-story retail building located at 1220-1228 E Colonial Drive, Orlando, FL 32803; and 3-story commercial office building located at 672 N Semoran Blvd, Orlando, FL 32807** | | |

**Attn: Managing or Gen. Agent**
**8950 SW 74 Court, 24th Floor**
**Miami, FL 33156**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 14

| Debtor | **Lake Cecile Resort Inc** | Case number (if known) | **6:21-bk-01060-KSJ** |
|---|---|---|---|
| | Name | | |

---

| | | **Mortgage & UCC** | | |
|---|---|---|---|---|
| | Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**12/14/16**<br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

---

| 2.5 | **Best Meridian Int'l Ins Co** | **Describe debtor's property that is subject to a lien** | $2,928,976.83 | $1,655,700.00 |
|---|---|---|---|---|
| | Creditor's Name<br>**Attn: Managing or Gen. Agent**<br>**8950 SW 74 Court, 24th Floor**<br>**Miami, FL 33156**<br>Creditor's mailing address | **Motel with 128 rooms, located at 4880 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**<br><br>**Legal description: see attached exhibit**<br>**Parcel ID: 11-25-28-0000-0080-0000** | | |
| | | **Describe the lien**<br>**Mortgage & UCC**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Creditor's email address, if known | | | |
| | **Date debt was incurred**<br>**3/24/17**<br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Osceola County Tax Collector**<br>**2. Best Meridian Int'l Ins Co**<br>**3. Florida Dept. of Revenue**<br>**4. Sunbelt Rentals Inc**<br>**5. Tohopekaliga Water Authority**<br>**6. Osceola County, Florida** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

---

| 2.6 | **Florida Dept. of Revenue** | **Describe debtor's property that is subject to a lien** | $1,147.08 | $1,449,197.00 |
|---|---|---|---|---|
| | Creditor's Name<br><br>**Bankruptcy Unit**<br>**PO Box 6668**<br>**Tallahassee, FL 32314-6668**<br>Creditor's mailing address | **2-story retail/office building located at 1220-1228 E Colonial Drive, Orlando, FL 32803**<br><br>**Legal description: see attached exhibit**<br>**Parcel ID: 25-22-29-1536-02-040** | | |
| | | **Describe the lien**<br>**Sales & Use Tax**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | | | |

---

| Debtor | **Lake Cecile Resort Inc** | Case number (if known) | **6:21-bk-01060-KSJ** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**7/9/19**
**Last 4 digits of account number**
**2120**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Orange County Tax Collector**
**2. Best Meridian Insurance Co**
**3. Florida Dept. of Revenue**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Florida Dept. of Revenue** | Describe debtor's property that is subject to a lien | $1,147.08 | $1,662,400.00 |
|---|---|---|---|---|
| | Creditor's Name | **3-story commercial office building located at 672 N. Semoran Blvd, Orlando, FL 32807** | | |

**Bankruptcy Unit**
**PO Box 6668**
**Tallahassee, FL 32314-6668**
Creditor's mailing address

**Legal description: see attached exhibit**
**Parcel ID: 28-22-30-0000-00-001**

**Describe the lien**
**Sales & Use Tax**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/9/19**
**Last 4 digits of account number**
**2116**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Orange County Tax Collector**
**2. Best Meridian Insurance Co**
**3. Florida Dept. of Revenue**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Florida Dept. of Revenue** | Describe debtor's property that is subject to a lien | $1,147.08 | $2,205,900.00 |
|---|---|---|---|---|
| | Creditor's Name | **Retail strip center located at 4636 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746** | | |

**Bankruptcy Unit**
**PO Box 6668**
**Tallahassee, FL 32314-6668**
Creditor's mailing address

**Legal description: see attached exhibit**
**Parcel IDs: 13-25-28-0000-0430-0000 & 13-25-28-0000-0540-0000**

**Describe the lien**
**Sales & Use Tax**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Lake Cecile Resort Inc**                                    Case number (if known)    **6:21-bk-01060-KSJ**
         Name

7/9/19                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2113**
**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
☐ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative           ■ Disputed
priority.
**Specified on line 2.2**

---

| 2.9 | **Florida Dept. of Revenue** | Describe debtor's property that is subject to a lien | $2,416.29 | $1,587,800.00 |

Creditor's Name

                                                   **Motel with 120 rooms, located at 4900 W. Irlo**
                                                   **Bronson Mem Hwy, Kissimmee, FL 34746**

**Bankruptcy Unit**
**PO Box 6668**                                    **Legal description: see attached exhibit**
**Tallahassee, FL 32314-6668**                     **Parcel ID: 11-25-28-0000-0090-0000**

Creditor's mailing address                         Describe the lien
                                                   **Sales & Use Tax**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
Creditor's email address, if known                 ☐ Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         ■ No
**7/9/19**                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2118**
**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
☐ No                                               ☐ Contingent
■ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative           ■ Disputed
priority.
**Specified on line 2.1**

---

| 2.1 0 | **Florida Dept. of Revenue** | Describe debtor's property that is subject to a lien | $1,396.76 | $1,045,600.00 |

Creditor's Name

                                                   **Motel with 99 rooms, located at 4840 W. Irlo**
                                                   **Bronson Mem Hwy, Kissimmee, FL 34746**

**Bankruptcy Unit**
**PO Box 6668**                                    **Legal description: see attached exhibit**
**Tallahassee, FL 32314-6668**                     **Parcel ID: 11-25-28-0000-0070-0000**

Creditor's mailing address                         **Describe the lien**
                                                   **Sales & Use Tax**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
Creditor's email address, if known                 ☐ Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         ■ No
**7/9/19**                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2115**
**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
☐ No                                               ☐ Contingent
■ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative           ■ Disputed
priority.
**Specified on line 2.3**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Lake Cecile Resort Inc**
_____    Case number (if known)    **6:21-bk-01060-KSJ**
Name

| 2.1 1 | **Florida Dept. of Revenue** | Describe debtor's property that is subject to a lien | $3,401.25 | $1,655,700.00 |

Creditor's Name

**Florida Dept. of Revenue**

Describe debtor's property that is subject to a lien
**Motel with 128 rooms, located at 4880 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**

**Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668**

**Legal description: see attached exhibit
Parcel ID: 11-25-28-0000-0080-0000**

Creditor's mailing address

Describe the lien
**Sales & Use Tax**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred
**7/9/19**
Last 4 digits of account number
**2119**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

---

| 2.1 2 | **Orange County Tax Collector** | Describe debtor's property that is subject to a lien | $52,323.13 | $1,449,197.00 |

Creditor's Name

**Orange County Tax Collector**

Describe debtor's property that is subject to a lien
**2-story retail/office building located at 1220-1228 E Colonial Drive, Orlando, FL 32803**

**Attn: Scott Randolph
PO Box 545100
Orlando, FL 32854**

**Legal description: see attached exhibit
Parcel ID: 25-22-29-1536-02-040**

Creditor's mailing address

Describe the lien
**Property taxes**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred
**2018-2020**
Last 4 digits of account number
**2951**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Orange County Tax Collector
2. Best Meridian Insurance Co
3. Florida Dept. of Revenue**

---

| 2.1 3 | **Orange County Tax Collector** | Describe debtor's property that is subject to a lien | $85,201.65 | $1,662,400.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lake Cecile Resort Inc** | | Case number (if known) | **6:21-bk-01060-KSJ** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**3-story commercial office building located at 672 N. Semoran Blvd, Orlando, FL 32807**

**Attn: Scott Randolph
PO Box 545100
Orlando, FL 32854**

**Legal description: see attached exhibit
Parcel ID: 28-22-30-0000-00-001**

Creditor's mailing address

**Describe the lien**
**Property taxes**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred
**2018-2020**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number
**7359**

Do multiple creditors have an
interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**1. Orange County Tax
Collector
2. Best Meridian Insurance
Co
3. Florida Dept. of Revenue**

---

| | | | | | |
|---|---|---|---|---|---|
| 2.1 4 | **Osceola County** | Describe debtor's property that is subject to a lien | **$78,391.00** | **Unknown** |

Creditor's Name

**All real and personal property in Osceola County, Florida**

**Office of Commission
Auditor
Attn: Horace Nwachukwu
1 Courthouse Sq, Suite
4600
Kissimmee, FL 34741**

Creditor's mailing address

**Describe the lien**
**Tourist development tax**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred
**1/2/20**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number
**6534**

Do multiple creditors have an
interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

---

| | | | | | |
|---|---|---|---|---|---|
| 2.1 5 | **Osceola County Tax Collector** | Describe debtor's property that is subject to a lien | **$224,372.01** | **$1,655,700.00** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lake Cecile Resort Inc** | | Case number (if known) | **6:21-bk-01060-KSJ** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**Attn: Bruce Vickers
2501 E. Irlo Bronson Mem
Hwy
Kissimmee, FL 34744**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2018-2020**
**Last 4 digits of account number
0000**

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.5**

Motel with 128 rooms, located at 4880 W. Irlo
Bronson Mem Hwy, Kissimmee, FL 34746

**Legal description: see attached exhibit
Parcel ID: 11-25-28-0000-0080-0000**

Describe the lien
**Property taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Osceola County Tax Collector** | | | **$210,550.63** | **$1,587,800.00** |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bruce Vickers
2501 E. Irlo Bronson Mem
Hwy
Kissimmee, FL 34744**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2018-2020**
**Last 4 digits of account number
0000**

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Motel with 120 rooms, located at 4900 W. Irlo
Bronson Mem Hwy, Kissimmee, FL 34746**

**Legal description: see attached exhibit
Parcel ID: 11-25-28-0000-0090-0000**

Describe the lien
**Property taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Osceola County Tax Collector** | | | **$62,562.13** | **$1,045,600.00** |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bruce Vickers
2501 E. Irlo Bronson Mem
Hwy
Kissimmee, FL 34744**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Motel with 99 rooms, located at 4840 W. Irlo
Bronson Mem Hwy, Kissimmee, FL 34746**

**Legal description: see attached exhibit
Parcel ID: 11-25-28-0000-0070-0000**

Describe the lien
**Property taxes**
Is the creditor an insider or related party?
■ No

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Lake Cecile Resort Inc** | | Case number (if known) | **6:21-bk-01060-KSJ** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

☐ **Yes**

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019-2020**

☐ **No**

**Last 4 digits of account number**
**0000**

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ **No**

■ **Yes.** Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1 8** | **Osceola County Tax Collector** | Describe debtor's property that is subject to a lien | $63,485.10 | $2,205,900.00 |
| | Creditor's Name | **Retail strip center located at 4636 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746** | | |

**Attn: Bruce Vickers**
**2501 E. Irlo Bronson Mem Hwy**
**Kissimmee, FL 34744**

**Legal description: see attached exhibit Parcel IDs: 13-25-28-0000-0430-0000 & 13-25-28-0000-0540-0000**

Creditor's mailing address

**Describe the lien**
**Property taxes**

**Is the creditor an insider or related party?**

■ **No**

Creditor's email address, if known

☐ **Yes**

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2018-2020**

■ **No**

**Last 4 digits of account number**
**0000**

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ **No**

■ **Yes.** Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1 9** | **Osceola County Tax Collector** | Describe debtor's property that is subject to a lien | $86,654.40 | $2,205,900.00 |
| | Creditor's Name | **Retail strip center located at 4636 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746** | | |

**Attn: Bruce Vickers**
**2501 E. Irlo Bronson Mem Hwy**
**Kissimmee, FL 34744**

**Legal description: see attached exhibit Parcel IDs: 13-25-28-0000-0430-0000 & 13-25-28-0000-0540-0000**

Creditor's mailing address

**Describe the lien**
**Property taxes**

**Is the creditor an insider or related party?**

■ **No**

Creditor's email address, if known

☐ **Yes**

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2018-2020**

■ **No**

**Last 4 digits of account number**
**0000**

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Lake Cecile Resort Inc** | Case number (if known) | **6:21-bk-01060-KSJ** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Osceola County, Florida** | | **Unknown** | **$1,045,600.00** |
|---|---|---|---|---|

Creditor's Name

**Code Enforcement Board Attn: Managing or Gen. Agent 1 Courthouse Sq, Suite 1100 Kissimmee, FL 34741**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 4/19/17 & 1/15/20**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe debtor's property that is subject to a lien**
**Motel with 99 rooms, located at 4840 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**

**Legal description: see attached exhibit Parcel ID: 11-25-28-0000-0070-0000**

**Describe the lien**
**Code enforcement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 1 | **Osceola County, Florida** | | **Unknown** | **$1,587,800.00** |
|---|---|---|---|---|

Creditor's Name

**Code Enforcement Board Attn: Managing or Gen. Agent 1 Courthouse Sq, Suite 1100 Kissimmee, FL 34741**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 11/20/19, 12/18/19, 8/19/20, 11/9/20 & 12/7/20**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**Motel with 120 rooms, located at 4900 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**

**Legal description: see attached exhibit Parcel ID: 11-25-28-0000-0090-0000**

**Describe the lien**
**Code enforcement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Lake Cecile Resort Inc**                                            Case number (if known)    **6:21-bk-01060-KSJ**

Name

| 2.2 2 | **Osceola County, Florida** | Describe debtor's property that is subject to a lien | **Unknown** | **$2,205,900.00** |

Creditor's Name

**Code Enforcement Board Attn: Managing or Gen. Agent 1 Courthouse Sq, Suite 1100 Kissimmee, FL 34741**

Creditor's mailing address

**Retail strip center located at 4636 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**

**Legal description: see attached exhibit Parcel IDs: 13-25-28-0000-0430-0000 & 13-25-28-0000-0540-0000**

Describe the lien

**Code enforcement**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**11/15/17, 1/16/19 & 11/20/19**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 3 | **Osceola County, Florida** | Describe debtor's property that is subject to a lien | **Unknown** | **$1,655,700.00** |

Creditor's Name

**Code Enforcement Board Attn: Managing or Gen. Agent 1 Courthouse Sq, Suite 1100 Kissimmee, FL 34741**

Creditor's mailing address

**Motel with 128 rooms, located at 4880 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746**

**Legal description: see attached exhibit Parcel ID: 11-25-28-0000-0080-0000**

Describe the lien

**Code enforcement**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**7/17/19, 10/7/20, 11/9/20 & 12/7/20**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 4 | **Premier Elevator Company Inc** | Describe debtor's property that is subject to a lien | **$2,002.60** | **$1,587,800.00** |

---

| Debtor | **Lake Cecile Resort Inc** | | Case number (if known) | **6:21-bk-01060-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | Motel with 120 rooms, located at 4900 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746 |
|---|---|

**Attn: Philip Reid, VP**
**230 Andrew Drive**
**Stockbridge, GA 30281**

Creditor's mailing address

**Legal description: see attached exhibit**
**Parcel ID: 11-25-28-0000-0090-0000**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**4/8/20**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 5 | **Sunbelt Rentals Inc** | Describe debtor's property that is subject to a lien | $31,084.17 | $1,655,700.00 |
|---|---|---|---|---|
| | Creditor's Name | **Motel with 128 rooms, located at 4880 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746** | | |

**Attn: Managing or Gen. Agent**
**2015 Directors Row**
**Orlando, FL 32809**

Creditor's mailing address

**Legal description: see attached exhibit**
**Parcel ID: 11-25-28-0000-0080-0000**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/3/20**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 6 | **Tohopekaliga Water Authority** | Describe debtor's property that is subject to a lien | $85,150.38 | $1,655,700.00 |
|---|---|---|---|---|
| | Creditor's Name | **Motel with 128 rooms, located at 4880 W. Irlo Bronson Mem Hwy, Kissimmee, FL 34746** | | |

**Attn: Managing or Gen. Agent**
**951 MLK Jr Blvd**
**Kissimmee, FL 34741**

Creditor's mailing address

**Legal description: see attached exhibit**
**Parcel ID: 11-25-28-0000-0080-0000**

**Describe the lien**
**Utility**
**Is the creditor an insider or related party?**
■ No

---

| Debtor | **Lake Cecile Resort Inc** | Case number (if known) | **6:21-bk-01060-KSJ** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **9/22/20** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.5** | ■ Disputed |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $17,143,810. 33 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Best Meridian Insurance Co**<br>**c/o Mitchell W. Mandler, Esq**<br>**201 Alhambra Cir, Suite 1205**<br>**Miami, FL 33134** | Line _**2.1**_ | |
| **Best Meridian Insurance Co**<br>**c/o Mitchell W. Mandler, Esq**<br>**201 Alhambra Cir, Suite 1205**<br>**Miami, FL 33134** | Line _**2.2**_ | |
| **Best Meridian Insurance Co**<br>**c/o Mitchell W. Mandler, Esq**<br>**201 Alhambra Cir, Suite 1205**<br>**Miami, FL 33134** | Line _**2.3**_ | |
| **Best Meridian Insurance Co**<br>**c/o Mitchell W. Mandler, Esq**<br>**201 Alhambra Cir, Suite 1205**<br>**Miami, FL 33134** | Line _**2.4**_ | |
| **Best Meridian Int'l Ins Co**<br>**c/o Mitchell W. Mandler, Esq**<br>**201 Alhambra Cir, Suite 1205**<br>**Miami, FL 33134** | Line _**2.5**_ | |
| **State of FL, Dept of Rev**<br>**c/o DOR Gen Counsel's Office**<br>**Orlando Service Center**<br>**400 W Robinson St, Ste N302**<br>**Orlando, FL 32801-1759** | Line _**2.6**_ | |
| **State of FL, Dept of Rev**<br>**c/o DOR Gen Counsel's Office**<br>**Orlando Service Center**<br>**400 W Robinson St, Ste N302**<br>**Orlando, FL 32801-1759** | Line _**2.7**_ | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lake Cecile Resort Inc** | Case number (*if known*) | **6:21-bk-01060-KSJ** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **State of FL, Dept of Rev** | Line **2.8** | |
| **c/o DOR Gen Counsel's Office** | | |
| **Orlando Service Center** | | |
| **400 W Robinson St, Ste N302** | | |
| **Orlando, FL 32801-1759** | | |
| **State of FL, Dept of Rev** | Line **2.9** | |
| **c/o DOR Gen Counsel's Office** | | |
| **Orlando Service Center** | | |
| **400 W Robinson St, Ste N302** | | |
| **Orlando, FL 32801-1759** | | |
| **State of FL, Dept of Rev** | Line **2.10** | |
| **c/o DOR Gen Counsel's Office** | | |
| **Orlando Service Center** | | |
| **400 W Robinson St, Ste N302** | | |
| **Orlando, FL 32801-1759** | | |
| **State of FL, Dept of Rev** | Line **2.11** | |
| **c/o DOR Gen Counsel's Office** | | |
| **Orlando Service Center** | | |
| **400 W Robinson St, Ste N302** | | |
| **Orlando, FL 32801-1759** | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Lake Cecile Resort Inc**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:21-bk-01060-KSJ**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**Attn: Managing or Gen. Agent**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **1317** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,464.64** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Cao Hung Doan**<br>**c/o John A. Morey, Esq**<br>**250 N Orange Ave, Ste 1220**<br>**Orlando, FL 32801**<br><br>Date(s) debt was incurred  **7/2/18**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$130,000.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Colonial Real Estate Group**<br>**c/o Samuel B. Weissman, Esq**<br>**Weissman Paul, PLLC**<br>**999 Douglas Ave, Ste 3320**<br>**Altamonte Springs, FL 32714**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Sale contract**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Goodman-Gable-Gould**<br>**Adjusters International**<br>**Attn: Managing or Gen. Agent**<br>**6767 N Wickham Road, Ste 501**<br>**Melbourne, FL 32940**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **354F** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Commission fees**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$40,000.00** |

| Debtor | **Lake Cecile Resort Inc** | Case number (if known) | **6:21-bk-01060-KSJ** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Interessant Hospitality, LLC**
**Attn: Managing or Gen. Agent**
**5734 S. Semoran Blvd**
**Orlando, FL 32822**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  **1/15/16**

Basis for the claim:  **Management/Operating Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,477.40** |
|---|---|---|---|

**Kissimmee Utility Authority**
**Attn: Brian Horton, Pres.**
**1701 W Carroll Street**
**Kissimmee, FL 34741**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  **3/2/20**

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,260.00** |
|---|---|---|---|

**Nardella & Nardella, PLLC**
**Attn: Managing or Gen. Agent**
**135 W Central Blvd, Ste 300**
**Orlando, FL 32801**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Legal fees**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,756.72** |
|---|---|---|---|

**The Sherwin-Williams Co**
**Attn: Managing or Gen. Agent**
**2800 Century Pkwy NE**
**Suite 1000**
**Atlanta, GA 30345**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,553.23** |
|---|---|---|---|

**Tohopekaliga Water Authority**
**Attn: Managing or Gen. Agent**
**951 MLK Jr Blvd**
**Kissimmee, FL 34741**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  **2/11/20**

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Interessant Hospitality, LLC**<br>**c/o Patrick Willis, Esq**<br>**Willis & Oden PL**<br>**2121 S Hiawassee Rd, Ste 116**<br>**Orlando, FL 32835** | Line  **3.5**<br><br>☐ Not listed. Explain ___ | __ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Lake Cecile Resort Inc**
_____
Name

Case number (*if known*)    **6:21-bk-01060-KSJ**
_____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $    **232,511.99** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    **232,511.99** |

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name   **Lake Cecile Resort Inc**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:21-bk-01060-KSJ**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Tenant rental lease ending 8/31/22, for property located at Suite M, 4636 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agustin Leonardo Erickson Linares dba El Paradiso Restaurant 5861 Wrenwater Drive Lithia, FL 33547** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Month-to-month tenant rental lease, for property located at 672 N. Semoran Blvd, Suite 204, Orlando, FL 32807**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alers Law Firm, PLLC 672 N Semoran Blvd, Ste 204 Orlando, FL 32807** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Tenant rental lease ending 10/31/23, for property located at 1224 E Colonial Drive, Orlando, FL 32803**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ammarai, LLC dba Vietnam Cuisine 10856 Arbor View Blvd Orlando, FL 32825** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Tenant rental lease ending 5/1/22, for property located at 672 N. Semoran Blvd, Suites 203 & 205, Orlando, FL 32807**<br><br>State the term remaining | **Angel Law Firm, PL c/o Angel M. Mercado 672 N Semoran Blvd, Ste 203 Orlando, FL 32807** |

| Debtor 1 | **Lake Cecile Resort Inc** | | | Case number *(if known)* | **6:21-bk-01060-KSJ** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract of commercial property, effective 8/12/20** | |
|---|---|---|---|
| | State the term remaining | | **Colonial Real Estate Group c/o Samuel B. Weissman, Esq Weissman Paul, PLLC 999 Douglas Ave, Ste 3320 Altamonte Springs, FL 32714** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 6/26/21, for property located at Suite G, 4636 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746** | |
|---|---|---|---|
| | State the term remaining | | **David Anthony Gonzalez 124 Seabreeze Circle Kissimmee, FL 34743** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **2 tenant rental leases ending 10/31/22, for property located at 672 N. Semoran Blvd, Suites 101 & 102, Orlando, FL 32807** | |
|---|---|---|---|
| | State the term remaining | | **David Hearsey Select Insurance Company 697 N. Semoran Blvd, Ste G Orlando, FL 32807** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month tenant rental lease, for property located at 672 N. Semoran Blvd, Suite 201, Orlando, FL 32807** | |
|---|---|---|---|
| | State the term remaining | | **Elite Medical & Rehab Center c/o Gabriel Wajner 5949 E. Colonial Drive Orlando, FL 32807** |
| | List the contract number of any government contract | | |

Debtor 1    **Lake Cecile Resort Inc**

First Name        Middle Name        Last Name

Case number *(if known)*    **6:21-bk-01060-KSJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant rental lease ending 6/16/22, for property located at Suite K, 4636 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Evelia Rios dba Eve's Alterations 2634 Princess Way Kissimmee, FL 34746** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant rental lease ending 10/31/25, for property located at Suite B, 4636 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fountain of Salvacion Christian Churches, Inc. c/o Pastor Martin Rivera 4636 W. Irlo Bronson Mem Hwy Kissimmee, FL 34746** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Broker agreement for motels**<br><br>State the term remaining<br><br>List the contract number of any government contract | **HotelMax Realty, Inc Attn: Terry Hatfield 278 Crystal Grove Blvd Lutz, FL 33548** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant rental lease ending 10/31/22, for property located at 1222 E Colonial Drive, Suite B, Orlando, FL 32803**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Johnny Tung dba Quynh Dao Perfect Cakes 1222 East Colonial Drive Suite B Front Orlando, FL 32803** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant rental lease ending 6/30/22, for property located at Suite A, 4636 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746**<br><br>State the term remaining | **Jonathan Heath McGrael dba Muscle Fitness 203 Norfolk Place Kissimmee, FL 34747** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Lake Cecile Resort Inc**

First Name          Middle Name          Last Name

Case number *(if known)*   **6:21-bk-01060-KSJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract of commercial property, effective 1/7/21** |
| | State the term remaining | |
| | List the contract number of any government contract | **Lake Cecile Ventures, LLC**<br>**2001 Killebrew Drive**<br>**Suite 100**<br>**Minneapolis, MN 55425** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Management agreement for motels** |
| | State the term remaining | |
| | List the contract number of any government contract | **LANI Associates, LLC**<br>**c/o Jerry Carlyell Weisser**<br>**4840 W. Irlo Bronson Mem Hwy**<br>**Kissimmee, FL 34746** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 3/3/23, for property located at 1220 E Colonial Drive, Upper, Orlando, FL 32803** |
| | State the term remaining | |
| | List the contract number of any government contract | **Liberty Immigration Svc, Inc**<br>**c/o Anh Thu Trinh**<br>**1222 East Colonial Drive**<br>**Suite B Rear**<br>**Orlando, FL 32803** |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 8/31/22, for property located at 1220 E Colonial Drive, Orlando, FL 32803** |
| | State the term remaining | |
| | List the contract number of any government contract | **Long Hoang**<br>**dba Young Hair Design**<br>**625 East Warren Ave**<br>**Longwood, FL 32750** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 4/30/23, for property located at Suite E, 4636 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746** |
| | State the term remaining | |
| | List the contract number of any | **Mahadev20 LLC**<br>**and Ankita Patel**<br>**2675 San Simeon Way**<br>**Kissimmee, FL 34741** |

Debtor 1  **Lake Cecile Resort Inc**
First Name    Middle Name    Last Name

Case number *(if known)*  **6:21-bk-01060-KSJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Oral management agreement** | |
|---|---|---|---|
| | State the term remaining | | **MAI & Associates Inc.** |
| | List the contract number of any government contract | | **8010 Firenze Blvd**<br>**Orlando, FL 32836** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 10/31/21, for property located at Suite I, 4636 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746** | |
|---|---|---|---|
| | State the term remaining | | **Marlene Caballero (A Genius Investment 66 LLC)**<br>**dba The Chateau Lounge** |
| | List the contract number of any government contract | | **1542 Trumbull St**<br>**Kissimmee, FL 34744** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 8/31/22, for property located at Suite L, 4636 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746** | |
|---|---|---|---|
| | State the term remaining | | **Miguel Sotolongo**<br>**dba Brooklyn Hair Designs** |
| | List the contract number of any government contract | | **4636 W. Irlo Bronson Mem Hwy**<br>**Suite L**<br>**Kissimmee, FL 34746** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 6/30/22, for property located at 672 N. Semoran Blvd, Suite 301, Orlando, FL 32807** | |
|---|---|---|---|
| | State the term remaining | | **Perez-Calhoun Law Firm, PA**<br>**c/o Gina Rose Perez-Calhoun** |
| | List the contract number of any government contract | | **1035 S Semoran Blvd**<br>**Suite 2-1049**<br>**Winter Park, FL 32792** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month tenant rental lease, for property located at 672 N. Semoran Blvd, Suite 104 A, Orlando, FL 32807** | |
|---|---|---|---|
| | State the term remaining | | **Serenity Life Counseling Ctr**<br>**c/o Dr Vasco & Oswaldo Perez**<br>**672 N Semoran Blvd, Ste 104**<br>**Orlando, FL 32807** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Lake Cecile Resort Inc**

First Name         Middle Name         Last Name

Case number *(if known)*   **6:21-bk-01060-KSJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 1/31/20, on a 5-yr option renewal, for property located at 1226 & 1228 E Colonial Drive, Orlando, FL 32803** | |
| | State the term remaining | | **Sunny Beauty Supply Corp c/o Johnny Ho 544 Manderley Run Lake Mary, FL 32746** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 7/15/21, for property located at 672 N. Semoran Blvd, Suite 303, Orlando, FL 32807** | |
| | State the term remaining | | **Technical Health Academy LLC c/o Luis Torres 672 N Semoran Blvd, Ste 303 Orlando, FL 32807** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Oral month-to-month tenant rental lease, for property located at 672 N. Semoran Blvd, Suite 302, Orlando, FL 32807** | |
| | State the term remaining | | **Travel Smart LLC c/o Tiffany Rodak 7800 Southland Blvd Orlando, FL 32809** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 11/30/21, for property located at 672 N. Semoran Blvd, Suite 304, Orlando, FL 32807** | |
| | State the term remaining | | **US Crystal INC c/o Charlie Pham 13808 Blue Lagoon Way Orlando, FL 32828** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 5/19/22, for property located at 1222 E Colonial Drive, Suite A, Orlando, FL 32803** | **Vinh Vu dba Saigon Video 1222-A East Colonial Drive Orlando, FL 32803** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Lake Cecile Resort Inc** | | Case number *(if known)* | **6:21-bk-01060-KSJ** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant rental lease ending 9/30/22, for property located at 672 N. Semoran Blvd, Suite 202, Orlando, FL 32807** | |
|---|---|---|---|
| | State the term remaining | | **YourInsuranceSpot.Com, LLC c/o Jose Lopez 672 N Semoran Blvd, Ste 202 Orlando, FL 32807** |
| | List the contract number of any government contract _____ | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lake Cecile Resort Inc**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:21-bk-01060-KSJ**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Mary T. Nguyen** | **8010 Firenze Blvd Orlando, FL 32836** | **Best Meridian Insurance Co** | ■ D   **2.3** ☐ E/F _____ ☐ G _____ |
| 2.2 | **Mary T. Nguyen** | **8010 Firenze Blvd Orlando, FL 32836** | **Best Meridian Insurance Co** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3 | **Mary T. Nguyen** | **8010 Firenze Blvd Orlando, FL 32836** | **Best Meridian Insurance Co** | ■ D   **2.2** ☐ E/F _____ ☐ G _____ |
| 2.4 | **Mary T. Nguyen** | **8010 Firenze Blvd Orlando, FL 32836** | **Best Meridian Int'l Ins Co** | ■ D   **2.5** ☐ E/F _____ ☐ G _____ |
| 2.5 | **Mary T. Nguyen** | **8010 Firenze Blvd Orlando, FL 32836** | **Cao Hung Doan** | ☐ D _____ ■ E/F   **3.2** ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Lake Cecile Resort Inc** | Case number *(if known)* | **6:21-bk-01060-KSJ** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | **Mary T. Nguyen**<br>8010 Firenze Blvd<br>Orlando, FL 32836 | **Best Meridian**<br>**Insurance Co** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Mary T. Nguyen**<br>8010 Firenze Blvd<br>Orlando, FL 32836 | **Interessant**<br>**Hospitality, LLC** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Lake Cecile Resort Inc**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:21-bk-01060-KSJ**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$149,753.28** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ☑ Operating a business<br>☐ Other _____ | **$588,262.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | **$1,345,090.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Lake Cecile Resort Inc | Case number *(if known)* | 6:21-bk-01060-KSJ |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Colonial Real Estate Group, LLC v. Lake Cecile Resort, Inc. 2020-CA-010078-O | Civil | 9th Cir, Orange County, FL 425 N Orange Avenue Orlando, FL 32801 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Interessant Hospitality, LLC v. Lake Cecile Resort, Inc., et al. 2017-CA-004387-O | Breach of agreement/Counterclaim | 9th Cir, Orange County, FL 425 N Orange Avenue Orlando, FL 32801 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Cao Hung Doan v. Lake Cecile Resort, Inc., et al. 2019-CA-004718-O | Breach of contract | 9th Cir, Orange County, FL 425 N Orange Avenue Orlando, FL 32801 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Best Meridian Insurance Company vs. Lake Cecile Resort Inc, et al. 2020-CA-004274-O | Foreclosure | 9th Cir, Orange County, FL 425 N Orange Avenue Orlando, FL 32801 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | Best Meridian Insurance Company vs. Lake Cecile Resort Inc, et al. 2020 CA 001127 MF | Foreclosure | 9th Cir, Osceola County, FL 2 Courthouse Square Kissimmee, FL 34741 | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Lake Cecile Resort Inc**                                       Case number *(if known)*   **6:21-bk-01060-KSJ**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Best Meridian Insurance Company vs. Lake Cecile Resort Inc, et al.**<br>**2020 CA 001128 MF** | **Foreclosure** | **9th Cir, Osceola County, FL**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Best Meridian Insurance Company vs. Lake Cecile Resort Inc, et al.**<br>**2020 CA 001129 MF** | **Foreclosure** | **9th Cir, Osceola County, FL**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Best Meridian International Insurance Company SPC vs. Lake Cecile Resort Inc, et al.**<br>**2020 CA 001130 MF** | **Foreclosure** | **9th Cir, Osceola County, FL**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Lake Cecile Resort, Inc. v. Russell Jewell, et al.**<br>**2021 CC 000862 EV** | **Eviction** | **9th Cir, Osceola County, FL**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Lake Cecile Resort, Inc. v. Camron Louis Burrill, et al.**<br>**2020 CC 000884 EV** | **Eviction** | **9th Cir, Osceola County, FL**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Lake Cecile Resort, Inc. v. Airiana Rosado, et al.**<br>**2019 CC 003310 EV** | **Eviction** | **9th Cir, Osceola County, FL**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Lake Cecile Resort, Inc. v. Bradley David Knirnschild, et al.**<br>**2019 CC 002065 EV** | **Eviction** | **9th Cir, Osceola County, FL**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Lake Cecile Resort, Inc. v. Kathryn Duart**<br>**2019 CC 002486 EV** | **Eviction** | **9th Cir, Osceola County, FL**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **David Mercado v. Lake Cecile Resort, Inc., et al.**<br>**2019 CA 001928 ON** | **Negligence** | **9th Cir, Osceola County, FL**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. | **Osceola County v. Lake Cecile Resort, Inc.**<br>**CT20-10406** | **Code enforcement** | **Code Enforcement Board, Osceola County**<br>**1 Courthouse Square, Suite 1100**<br>**Kissimmee, FL 34741** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Osceola County v. Lake Cecile Resport, Inc.**<br>**CT19-07203** | **Code enforcement** | **Code Enforcement Board, Osceola County**<br>**1 Courthouse Square, Suite 1100**<br>**Kissimmee, FL 34741** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Osceola County v. Lake Cecile Resort, Inc.**<br>**CT19-06664** | **Code enforcement** | **Code Enforcement Board, Osceola County**<br>**1 Courthouse Square, Suite 1100**<br>**Kissimmee, FL 34741** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Lake Cecile Resort Inc** | | Case number *(if known)* | **6:21-bk-01060-KSJ** |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.18. | **Osceola County v. Lake Cecile Resort, Inc.**<br>**CT20-05452** | **Code enforcement** | **Code Enforcement Board, Osceola County**<br>**1 Courthouse Square, Suite 1100**<br>**Kissimmee, FL 34741** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Osceola County v. Lacke Cecile Resort Inc**<br>**CT19-01070** | **Code enforcement** | **Code Enforcement Board, Osceola County**<br>**1 Courthouse Square, Suite 1100**<br>**Kissimmee, FL 34741** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Osceola County v. Lake Cecile Resort, Inc.**<br>**BCT19-0294** | **Code enforcement** | **Code Enforcement Board, Osceola County**<br>**1 Courthouse Square, Suite 1100**<br>**Kissimmee, FL 34741** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **John Duran vs. Lani Associates, LLC, et al.**<br>**19-025220TWS** | **Workers Compensation** | **State of Florida**<br>**Division of Administrative Hearings**<br>**Office of Judges of Compensation Claims**<br>**225 S Westmonte Dr, Ste 3300**<br>**Altamonte Springs, FL 32714** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Lake Cecile Resort Inc** | Case number *(if known)* | **6:21-bk-01060-KSJ** |
|---|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fisher Rushmer, P.A.** **390 North Orange Avenue** **Suite 2200** **Orlando, FL 32801-1642** | | **Various** | **$56,455.00**\* |
| | Email or website address **dmcfarlin@fisherlawfirm.com** | | | |
| | Who made the payment, if not debtor? **MAI & Associates, Inc.** | | | |

**\*Includes payment of legal services and costs for pending lawsuits and other representations provided prior to the petition date.**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Best Meridian Insurance Co** **Attn: Managing or Gen. Agent** **8950 SW 74 Court, 24th Floor** **Miami, FL 33156** | **Refinanced mortgage on property located at 4840 W. Irlo Bronson Mem. Hwy, Kissimmee, FL 34746** | **5/24/19** | **$2,010,000.00** |
| | Relationship to debtor | | | |

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Lake Cecile Resort Inc**                                  Case number (if known)   **6:21-bk-01060-KSJ**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lake Cecile Resort Inc** | Case number *(if known)* | **6:21-bk-01060-KSJ** |
|---|---|---|---|

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Walter C. Parsons, II<br>Door to Door Accounting, LLC<br>2813 Sonoma Way<br>Rockledge, FL 32955** | **2015 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **Lake Cecile Resort Inc**                                                          Case number *(if known)*  **6:21-bk-01060-KSJ**

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Walter C. Parsons, II**<br>**Door to Door Accounting, LLC**<br>**2813 Sonoma Way**<br>**Rockledge, FL 32955** | **2015 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Walter C. Parsons, II**<br>**Door to Door Accounting, LLC**<br>**2813 Sonoma Way**<br>**Rockledge, FL 32955** | |
| 26c.2.    **Officers of debtor** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Best Meridian Insurance Co**<br>**Attn: Managing or Gen. Agent**<br>**8950 SW 74 Court, 24th Floor**<br>**Miami, FL 33156** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mary T. Nguyen** | **8010 Firenze Blvd**<br>**Orlando, FL 32836** | **Stockholder, Director & President** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Long Vinh Nguyen** | **8010 Firenze Blvd**<br>**Orlando, FL 32836** | **Vice President** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thanh Vinh Nguyen** | **8010 Firenze Blvd**<br>**Orlando, FL 32836** | **Secretary** | **0%** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Lake Cecile Resort Inc** | Case number *(if known)* | **6:21-bk-01060-KSJ** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Mary T. Nguyen**<br>**8010 Firenze Blvd**<br>**Orlando, FL 32836** | **About $36,000** | **2020-2021** | **Fees & reimbursement of expenses and transportation** |
| | Relationship to debtor<br>**President** | | | |
| 30.2. | **Long Vinh Nguyen**<br>**8010 Firenze Blvd**<br>**Orlando, FL 32836** | **About $24,000** | **2020-2021** | **Fees & reimbursement of expenses and transportation** |
| | Relationship to debtor<br>**Vice President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor      **Lake Cecile Resort Inc**                                      Case number *(if known)*  **6:21-bk-01060-KSJ**

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 26, 2021**

**/s/ Mary T. Nguyen**                                               **Mary T. Nguyen**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy